United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN** | **CATHERINE O'HAGAN WOLFE** |
| CHIEF JUDGE | CLERK OF COURT |

Date: November 19, 2015
Docket #: 15-3214cv
Short Title: Ritchie Risk-Linked Strategies v. Coventry First LLC

DC Docket #: 09-cv-1086
DC Court: SDNY (NEW YORK CITY)
DC Judge: Freeman
DC Judge: Rakoff

### NOTICE OF MOTION PLACED ON THE CALENDAR

The motions to consolidate appeals and for dismissal of appeal filed in the above-referenced case have been added as submitted cases to the substantive motions calendar for Tuesday, December 1, 2015.

Inquiries regarding this case may be directed to 212-857-8595 .